IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHRISTINE C. WHITNEY,

      Appellant,

v.

WELLS FARGO BANK, N.A.,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-4967

Opinion filed July 7, 2014

An appeal from the Circuit Court for Duval County.
L. Haldane Taylor, Judge.

Stephen A. Smith of Law Offices of Stephen A. Smith, P.A., Jacksonville, for
Appellant.

Jessica Zagier Wallace of Carlton Fields Jorden Burt, P.A., Miami, and Michael K.
Winston and Dean A. Morande of Carlton Fields Jorden Burt, P.A., West Palm
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

VAN NORTWICK, CLARK, and SWANSON, JJ., CONCUR.